IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Denise Hernandez, | |
| Plaintiff, | |
| v. | Civil Action No.: 4:14-cv-00161-BO |
| Ally Financial, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Denise Hernandez, and Defendant Ally Financial, Inc. ("Ally"), hereby jointly stipulate to the dismissal of Plaintiff's claims against Ally, with prejudice, with each side to bear its own fees and costs.

Dated: June 18, 2015

Respectfully submitted,

| | |
|---|---|
| Denise Hernandez | Ally Financial, Inc. |
| /s/ Ruth M. Allen | /s/ Rebecca S. Saelao |
| Ruth M. Allen | Rebecca S. Saelao |
| Bar Number: 34739 | Severson & Werson |
| 7413 Six Forks Road, Suite 326 | One Embarcadero Center, Suite 2600 |
| Raleigh NC 27615 | San Francisco, California 94111 |
| Email: rallen@lemberglaw.com | Telephone: (415) 398-3344 |
| Telephone: (855) 301-2100 Ext. 5536 | Facsimile: (415) 956-0439 |
| Facsimile: (203) 653-3424 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| | |
| *Of Counsel to* | Marion F. Hughes |
| Lemberg Law, LLC | Smith Moore Leatherwood, LLP |
| 1100 Summer Street, 3rd Floor | 2 West Washington Street, Suite 1100 |
| Stamford, CT 06905 | Greenville, SC 29601 |
| Telephone: (203) 653-2250 | Marion.Hughes@smithmoorelaw.com |

| Facsimile: (888) 953-6237 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

# CERTIFICATE OF SERVICE

       I hereby certify that on June 18, 2015, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the Eastern District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

       By   /s/ Ruth M. Allen
            Ruth M. Allen